**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MUNICIPAL FINANCE & SERVICES CORP** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1335757** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **33 Wood Avenue South, Suite 730 Iselin, NJ 08830** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.mfsamerica.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | MUNICIPAL FINANCE & SERVICES CORP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5222

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

| Debtor | MUNICIPAL FINANCE & SERVICES CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency

Contact name

Phone

---

**▇ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**
MM / DD / YYYY

**X** **/s/ Scott Hospes**
Signature of authorized representative of debtor

**Scott Hospes**
Printed name

Title    **Chief Operating officer and Chief Information Officer**

**18. Signature of attorney**

**X** **/s/ Daniel N. Brogan**
Signature of attorney for debtor

Date **June 21, 2024**
MM / DD / YYYY

**Daniel N. Brogan**
Printed name

**Benesch Friedlander Coplan & Aronoff LLP**
Firm name

**1313 N. Market Street**
**Suite 1201**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 442-7010**    Email address    **dbrogan@beneschlaw.com**

**042592012 NJ**
Bar number and State

# MUNICIPAL FINANCE & SERVICES CORP

### SECRETARY'S CERTIFICATE OF
### JUNE 13, 2024 BOARD RESOLUTIONS

The undersigned, being the acting Secretary of Municipal Finance & Services Corp, a New Jersey corporation (the "Company"), hereby certifies the following:

#### MEETING MINUTES

At 10:06 a.m. ET on June 13, 2024, a meeting of the Board of Directors was called to order. The following Directors were in attendance:

Scott Hospes
Jemal Beale
Craig Bartlett
James McCarthy
Scott Chilson
Harry Charnley

Also in attendance were Sven Nylen and Andrew Kinsey of the Benesch law firm, the Company's outside counsel.

Counsel led a discussion of the Company's disputes with shareholder Discover Growth Fund II, LLC ("DGF"), the resulting disruption therefrom, and options for addressing the same taking account of the Company's financial position and the viability of the business in light of such disruption.

Counsel provided details on potential strategic steps the Company could take and explained the pros and cons of each potential course of action. Counsel ultimately recommended that the Company file a chapter 7 bankruptcy.

Counsel then explained the directors' fiduciary duties and noted that each director must consider what is in the best interest of the Company.

A discussion ensued and questions were asked and answered.

After all directors had an opportunity to ask questions, a motion was made and seconded to proceed to a vote on whether to authorize the Company to file a chapter 7 bankruptcy as more particularly set forth in the following resolutions. The resolutions below were approved and adopted by the affirmative vote of five Directors (S. Hospes, J. Beale, C. Bartlett, J. McCarthy, and H. Charnley) with one abstention (S. Chilson).

#### RESOLUTIONS

WHEREAS, after considering the financial position and viability of the Company, as well as the practicalities and economics of formal litigation with DGF, the Board has determined that it would be in the best interests of the Company, its creditors and its equityholders to file a

DocuSign Envelope ID: 83EF2D57-931B-4245-8D71-A43E6EB2A9E7

voluntary petition under chapter 7 of the United States Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code").

RESOLVED, that the Company is authorized and directed to file (the "Filing") such a voluntary petition in the Bankruptcy Court for the District of New Jersey as soon as practicable;

FURTHER RESOLVED, that the Company and its officers be, and hereby are, authorized to enter into and perform their respective obligations under the Bankruptcy Code in connection with the Filing, including by engaging bankruptcy counsel, preparing schedules and all other required documentation for the Filing, signing all attestations and required documents necessary or useful for the Filing, and otherwise ceasing operations and preserving documents and information related to the Company;

FURTHER RESOLVED, that all lawful actions taken to date by the Company, through its officers or any other appropriately-authorized person, in connection with the Filing are hereby ratified, adopted, and approved, and that any officer, or other authorized person, is hereby authorized, in the name and on behalf of the Company, to do any and all such further acts and things and to execute and deliver any and all such other documents, ancillary agreements, exhibits, disclosure schedules, forms, instruments and certificates as may be necessary, convenient or desirable to effectuate the purposes of the foregoing Resolutions and to carry out the actions hereinabove approved;

FURTHER RESOLVED, that this Consent may be executed in multiple counterparts, each of which shall be deemed an original and all of which taken together shall be deemed to be one document; and

FURTHER RESOLVED, that the Recitals set forth above are incorporated herein by reference as reflecting the general understanding and intent of the Board.


IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed on June 13, 2024.

DocuSigned by:

*James McCarthy*

A4376C3169BE477...

James McCarthy, Acting Secretary

**Fill in this information to identify the case:**

Debtor name    **MUNICIPAL FINANCE & SERVICES CORP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**         X /s/ Scott Hospes
                                          Signature of individual signing on behalf of debtor

                                          **Scott Hospes**
                                          Printed name

                                          **Chief Operating officer and Chief Information Officer**
                                          Position or relationship to debtor

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
          snylen@beneschlaw.com

*Attorneys for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| MUNICIPAL FINANCE & SERVICES CORP, | Case No. 24-_____ (    ) |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com
          snylen@beneschlaw.com

*Attorneys for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MUNICIPAL FINANCE & SERVICES CORP,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-_____  (    ) |

### GLOBAL NOTES REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND
### STATEMENT OF FINANCIAL AFFAIRS

On June 21, 2024, (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

The Debtor has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court.  The Debtor, with the assistance of its counsel, prepared its Schedules and Statement in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  These *Global Notes Regarding Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statement. The Global Notes should be referred to and considered in connection with any review of any of the Schedules and Statement.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records.  The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to the Debtor at the time of preparation after reasonable inquiries.  The Schedules and Statement are unaudited and subject to potential adjustment and amendment.

1.    **Reservations and Limitations**:  Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the chapter 7 case including, but not limited to, any issues involving objections to claims,

defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code, and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws.

2. **Schedule A/B Question 8 (Prepayments)**:  In advance of the Petition Date, the Debtor prefunded certain services needed to preserve its books and records and otherwise comply with its obligations under the Bankruptcy Code (*i.e.*, storage unit, IT systems, etc.).  As the Debtor understands, certain of these prepayments are not refundable.

3. **Schedule G (Executory Contracts)**:  The Debtor has endeavored to only include unexpired leases and contracts that are executory, but Schedule G may include non-executory contracts.  Schedule G does not include any subscription agreements or other agreements that relate solely to equity investments in the Debtor because the Debtor believes such agreements are not executory.

4. **Statement Questions 3 (90 Day Payments)**:

 a. Question 3 discloses payments to individuals who, at some point, were "insiders" (as that term is defined in Section 101(31) of the Bankruptcy Code) of the Debtor but such payment was made when the individual was not an insider.

 b. Question 3 discloses certain transfers to the Debtor's former payroll servicer Trinet on account of payroll obligations to certain employees (including insiders), rather than the respective payments to the employees because the Debtor recently terminated the Trinet service and lost the ability to access account information.  The Debtor has requested the precise amounts paid to the employees from Trinet, but has not received that information from Trinet as of the filing of the Schedules and Statement.

5. **Statement Questions 4 & 30 (Insider Transfers)**:  In connection with responding to Statement Questions 4 and 30, the Debtor discloses transfers to individuals or entities that are/were "C Suite"-level officers or directors (including consultancy/professional fees paid to such individuals) as well as dividends to certain preferred shareholders.  Other individuals who were employed by the Debtor as "Vice Presidents" or as similar non-"C Suite" executives were merely employees and the Debtor does not believe such individuals were "insiders" (as that term is defined in Section 101(31) of the Bankruptcy Code).  The Debtor notes that employees Harry Charnley and Scott Chilson were appointed as Directors of the Debtor as of June 12, 2024, but did not receive any transfers in connection with or subsequent to such appointments.

6. **Statement Question 26(d)**:  No audited or formal financial statements were ever distributed.  However, proformas and projections were distributed from time to time.

**Fill in this information to identify the case:**

Debtor name    **MUNICIPAL FINANCE & SERVICES CORP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

<hr>

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $ _____**1,465,074.52**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $ _____**1,465,074.52**

<hr>

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____**3,596.81**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____**124,796.94**

4.    **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b    $ _____**128,393.75**

| Fill in this information to identify the case: |
|---|
| Debtor name  **MUNICIPAL FINANCE & SERVICES CORP** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **LPL Financial**<br>**9 W 8th Street**<br>**Bayonne, NJ 07002** | **Investment Account** | **3634** | $0.00 |
| 3.2. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account/Discretionary Account** | **6394** | $9,099.23 |
| 3.3. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for Municipal Finance and Services Corp** | **1196** | $0.00 |
| 3.4. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for Municipal Finance and Services Corp** | **5748** | $999.51 |
| 3.5. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Operating Account** | **4159** | $34,533.96 |
| 3.6. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Payroll Account** | **6378** | $4,071.66 |

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**   Case number *(if known)* _____
_____ Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Reserve Account** | **6381** | **$25,000.00** |
| 3.8. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for**<br>**SPE 001 LLC** | **1497** | **$392.05** |
| 3.9. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for**<br>**SPE 001 LLC** | **1484** | **$0.00** |
| 3.10. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for**<br>**SPE 002 LLC** | **1510** | **$392.05** |
| 3.11. | **Bank of America**<br>**194 Wood Avenue S**<br>**Iselin, NJ 08830** | **Investment Account for**<br>**SPE 002 LLC** | **1507** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                            | **$74,488.46** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Metro Park Associates LLC - Security Deposit on Iselin office space** | **$53,754.00** |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Marcum LLP - Audit Retainer** | **$15,000.00** |
|---|---|---|
| 8.2. | **Funding of Harry Charnley Retention Agreement** | **Unknown** |
| 8.3. | **Cubesmart - Storage unit prepayment thru 12/28/2024** | **$882.90** |
| 8.4. | **Elangeni prepayment for Microsoft Office, Azure and IT support services thru 12/30/2024** | **$10,296.00** |

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(If known)* _____
            <sub>Name</sub>

| 8.5. | **Netsuite Inc. - Q3 prepayment for ERP System** | $12,438.92 |
|---|---|---|

| 9. | **Total of Part 2.** | **$92,371.82** |
|---|---|---|
|  | Add lines 7 through 8. Copy the total to line 81. |  |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ☐ No.  Go to Part 5.
- ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **CLARITY MARKETS HOLDINGS, LLC** | Unknown  % | N/A | Unknown |
| 15.2. | **Ownership of unused special purpose entities (SPE 001 LLC; SPE 002 LLC; SPE 003 LLC; SPE 004 LLC; SPE 005 LLC)** | 100%  % | N/A | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|
|  | Add lines 14 through 16.  Copy the total to line 83. |  |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(If known)* _____
_____
Name

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Desks (12); Desk Chairs (12); Credenza (18); Guest Chairs (24); Cube Desk (18); Cube Desk Chair (17); Small Round table (4); chairs (13); Couch (2); entry chair (1); 5 drawer filing cab (3); 4 drawer filing cab (1); Extra large conference room table (1); conf rm chairs (12); Small Conf rm table (1); other chairs (18)** | Unknown | N/A | Unknown |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. IT: Printers (9); monitors (12)** | Unknown | N/A | Unknown |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $0.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(If known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**Mfsamerica.com** | $0.00 | | $0.00 |
| **Divep.us** | $0.00 | | $0.00 |
| **Dvep.us** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**DVEP Software** | $0.00 | | $0.00 |
| **USPTO Mark "Municipal Finance & Services, Corp"**<br>**REGISTERED, February 2023; 97273767** | Unknown | N/A | $0.00 |
| **USPTO Mark: "Accelerated Municipal Payment"**<br>**REGISTERED, February 2023; 97273714** | Unknown | N/A | $0.00 |
| **USPTO Mark: "Reinvesting in America … One Community at a Time"**<br>**REGISTERED, March 2023; 97272620** | Unknown | N/A | $0.00 |
| **USPTO Mark: "DiVEP"**<br>**UNDER EXAMINATION; 98085218** | Unknown | N/A | $0.00 |
| **USPTO Mark: Municipal Finance & Services Corp with capital dome logo**<br>**UNDER EXAMINATION; 97379424** | Unknown | N/A | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

                                                                           $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ☑ No<br>
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No<br>
    ☐ Yes

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**          Case number *(If known)* _____
_____
Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

| Description | Total face amount | doubtful or uncollectible amount | Current value |
|---|---|---|---|
| **Loan Receivable: Theodore Ellenis (former CEO and chairman of the Board)** | 800,070.84 − | 0.00 = | **$800,070.84** |
| **Loan Receivable: Bray Barnes (former COO and Director)** | 238,530.58 − | 0.00 = | **$238,530.58** |
| **Loan Receivable: Robert Miragliotta (former CFO and Director)** | 99,815.58 − | 0.00 = | **$99,815.58** |
| **Loan Receivable: Peter McGuire (former Employee and Board Member** | 100,980.58 − | 0.00 = | **$100,980.58** |
| **Loan Receivable: Scott Hospes (COO, CIO, and Director)** | 3,350.00 − | 0.00 = | **$3,350.00** |
| **Loan Receivable: Ron Bird (former Employee)** | 13,630.58 − | 0.00 = | **$13,630.58** |
| **Loan Receivable: Mark Levy (former Employee)** | 41,836.08 − | 0.00 = | **$41,836.08** |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
**Great American Insurance D&O Policy No. DOLE070018 (Cancelled as of 6/20/24 11:59 pm and 2-year tail in place)**                                                          **Unknown**

**Professional Solutions Insurance Company D&O Excess Policy No. 703DMLA230 (Cancelled as of 6/20/24 11:59 pm and 2-year tail in place)**                                                          **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Claims against Discover Growth Fund II, LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | Violation of Art. 9; breach of contract; defamation; tortious interence | |
| Amount requested | **$0.00** | |

| **Alleged fiduciary duty and related claims against current and former Directors and Officers asserted by Discover Growth Fund II, LLC in May 24, 2024 demand letter [Disputed by Debtor]** | | **Unknown** |
|---|---|---|
| Nature of claim | Fiduciary duty;mismanagement | |
| Amount requested | **$0.00** | |

| **Potential claims against Theodore Ellenis & Rob Miragliotta for inappropriate expenditures** | | **Unknown** |
|---|---|---|
| Nature of claim | Money owed | |
| Amount requested | **$0.00** | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$1,298,214.24** |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
□ Yes

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,488.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $92,371.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,298,214.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,465,074.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,465,074.52 |

**Fill in this information to identify the case:**

Debtor name  **MUNICIPAL FINANCE & SERVICES CORP**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | Discover Growth Fund II, LLC |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Financed Receivables from Public Entities**

**Amount of claim:** $0.00   **Value of collateral:** $0.00

**Attn: John C. Kirkland**
**5330 Yacht Haven Grande,**
**Suite 206**
**St Thomas, VI 00802**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**jk@dgfunds.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/09/2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | Xerox Financial Services |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Office & IT Equipment; Furniture**

**Amount of claim:** $3,596.81   **Value of collateral:** Unknown

**P.O. Box 202882**
**Dallas, TX 75320-2882**

Creditor's mailing address

**Describe the lien**
**Equipment Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Markamiel.Baloncio@xerox**
**.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001,002,003**

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number (if known) | |
|--------|---------------------------------------|------------------------|--|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$3,596.81** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dale E. Barney** **Gibbons P.C.** **One Gateway Center** **Newark, NJ 07102-5310** | Line _2.1_ | |
| **Xerox Financial Services** **Attn: Mark Amiel Baloncio, Collections** **201 Merritt 7** **Norwalk, CT 06851-1056** | Line _2.2_ | **0001,002,003** |

**Fill in this information to identify the case:**

Debtor name __**MUNICIPAL FINANCE & SERVICES CORP**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __Unknown__ | __Unknown__ |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Included for Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | __Unknown__ | __Unknown__ |
| **New Jersey Division of Taxation Compliance and Enforcement - Bankruptcy** 3 John Fitch Way, 5th Floor P.O. Box 245 Trenton, NJ 08695-0245 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Included for Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**NJ Department of the Treasury**<br>**PO Box 002**<br>**Trenton, NJ 08625-0002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Included for Notice Purposes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.4 | Priority creditor's name and mailing address<br>**NJ Division of Revenue &**<br>**Enterprise Srvs**<br>**P.O. Box 450**<br>**Trenton, NJ 08646-0303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Included for Notice Purposes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.    List in alphabetical order** all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$685.76** |

| 3.1 | Nonpriority creditor's name and mailing address<br>**8X8, Inc.**<br>**Attn: Legal**<br>**675 Creekside Way**<br>**Campbell, CA 95008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Phone System**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
|---|---|---|

| 3.2 | Nonpriority creditor's name and mailing address<br>**Apex Solutions Group**<br>**570 Broad Street**<br>**15th Floor**<br>**SSW Law Firm**<br>**Newark, NJ 07102**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$13,482.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **DiVep Project Manager/Coordinator April and May invoice**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
|---|---|---|

| 3.3 | Nonpriority creditor's name and mailing address<br>**Bray Barnes**<br>**1924 Kenilworth Ct**<br>**Toms River, NJ 08753**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$300.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Consultant Travel Expenses**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |
|---|---|---|

| Debtor | MUNICIPAL FINANCE & SERVICES CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.00 |
|---|---|---|---|

**Cablevision Lightpath LLC**
**P.O. Box 788632**
**Philadelphia, PA 19178-8632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __5673__

Basis for the claim:  __Internet Provider - average monthly amount shown__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Calif. State Assoc. of Counties Finance**
**1100 K Street. Ste. 101**
**ATTN: Alan Fernandes**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Marketing Partnership Agreement Quarterly Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,849.00 |
|---|---|---|---|

**Crowell & Moring LLP**
**1001 Pennsylvania Avenue NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,517.45 |
|---|---|---|---|

**Dinse P.C.**
**209 Battery Street**
**P.O. Box 988**
**Burlington, VT 05402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elangeni Smart IT**
**7 Birch Lane**
**Mine Hill, NJ 07803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Office 365 and Azure costs - average monthly cost shown [Included for Notice Purposes]__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.74 |
|---|---|---|---|

**Fox Rothschild LLP**
**49 Market Street**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.99 |
|---|---|---|---|

**Global Security & Innovative Strategies**
**1401 H. Street, NW**
**Suite 875**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __shipping fee for return of marketing documents stored in DC__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**                    Case number (if known) _____
_____
Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Great American Insurance Group**
**Attn: Susan M. Farrell, Sr. VP - Claims**
**1450 American Lane, 8th Floor**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Included for Notice Purposes**
**Claim No. A00-629-126 on Policy No. DOLE070018**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Matt Vinci**
**11642 103rd Ave SW**
**Vashon, WA 98070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lobbying Expense Reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,183.38** |
|---|---|---|---|

**Metro Park Associates, LLC**
**820 Morris Turnpike, Suite 301**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lease Agreement (Rent & Utilities)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nexus Specialty, Inc. on behalf of PSIC**
**Attn: Margo Strauss, Esq, Claims Counsel**
**2120 Headquarters Plaza**
**2nd Floor, East Tower**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Included for Notice Purposes**
**Nexus File No. DOM005295724 - Nexus Policy No. K4703DMLA230**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramp Business Corporation**
**28 W 23rd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Corporate Credit Cards**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.00** |
|---|---|---|---|

**Registered Agent Solutions, Inc.**
**P.O. Box 7410517**
**Dept. 5021**
**Chicago, IL 60674-0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2770**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.00** |
|---|---|---|---|

**Registered Agent Solutions, Inc.**
**P.O. Box 7410517**
**Dept. 5021**
**Chicago, IL 60674-0517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2771**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | MUNICIPAL FINANCE & SERVICES CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
|---|---|---|---|

**Registered Agent Solutions, Inc.**
P.O. Box 7410517
Dept. 5021
Chicago, IL 60674-0517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2772**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
|---|---|---|---|

**Registered Agent Solutions, Inc.**
P.O. Box 7410517
Dept. 5021
Chicago, IL 60674-0517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2773**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,174.62 |
|---|---|---|---|

**Regus**
33 Wood Avenue South, Suite 600
Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Regus office space**

Last 4 digits of account number **9476**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**TriNet Group, Inc.**
Attn: Legal
One Park Place, Suite 600
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Payroll Servicer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZenBusiness, Inc.**
5511 Parkcrest Drive, Suite 103
Austin, TX 78731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Registered Agent Services [Included for Notice Purposes]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cablevision Lightpath, LLC**<br>Attn: Legal<br>1111 Stewart Avenue<br>Bethpage, NY 11714 | Line **3.4**<br><br>☐ Not listed. Explain ____ | **5673** |
| 4.2 | **Metro Park Associates LLC**<br>P.O. Box 765<br>Short Hills, NJ 07078-0765 | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Registered Agent Solutions, Inc.** **Attn: Legal** **5301 SOUTHWEST PARKWAY SUITE 400** **Austin, TX 78735** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.4 **Registered Agent Solutions, Inc.** **Attn: Legal** **5301 SOUTHWEST PARKWAY SUITE 400** **Austin, TX 78735** | Line **3.17** ☐ Not listed. Explain ____ | _ |
| 4.5 **Registered Agent Solutions, Inc.** **Attn: Legal** **5301 SOUTHWEST PARKWAY SUITE 400** **Austin, TX 78735** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.6 **Registered Agent Solutions, Inc.** **Attn: Legal** **5301 SOUTHWEST PARKWAY SUITE 400** **Austin, TX 78735** | Line **3.19** ☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 124,796.94 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 124,796.94 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MUNICIPAL FINANCE & SERVICES CORP** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Partnership Agreement** | |
| | State the term remaining | **Through May 17, 2026** | **Calif. State Assoc. of Counties Finance** |
| | List the contract number of any government contract | | **1100 K Street. Ste. 101 ATTN: Alan Fernandes Sacramento, CA 95814** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Agreement** | |
| | State the term remaining | **Through 341 meeting follow-ups** | **Harry Charnley** |
| | List the contract number of any government contract | | **285 Glen Avenue Short Hills, NJ 07078** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement & First Addendum to Lease Agreement** | |
| | State the term remaining | **Through 12/31/2027** | **Metro Park Associates, LLC** |
| | List the contract number of any government contract | | **820 Morris Turnpike, Suite 301 Short Hills, NJ 07078** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Seperation Agreement and National Account Executive Agreement** | |
| | State the term remaining | **N/A** | **Theodore Ellenis** |
| | List the contract number of any government contract | | **107 George Russell Way Clifton, NJ 07013** |

**Fill in this information to identify the case:**

Debtor name      **MUNICIPAL FINANCE & SERVICES CORP**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
         snylen@beneschlaw.com

*Attorneys for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| MUNICIPAL FINANCE & SERVICES CORP, | Case No. 24-_____ (    ) |
| Debtor. | |

## STATEMENT OF FINANCIAL AFFAIRS

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:   dbrogan@beneschlaw.com
            snylen@beneschlaw.com

*Attorneys for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| MUNICIPAL FINANCE & SERVICES CORP, | Case No. 24-_____  (    ) |
| Debtor. | |

### GLOBAL NOTES REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND
### STATEMENT OF FINANCIAL AFFAIRS

On June 21, 2024, (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

The Debtor has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court.  The Debtor, with the assistance of its counsel, prepared its Schedules and Statement in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  These *Global Notes Regarding Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statement. The Global Notes should be referred to and considered in connection with any review of any of the Schedules and Statement.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records.  The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to the Debtor at the time of preparation after reasonable inquiries.  The Schedules and Statement are unaudited and subject to potential adjustment and amendment.

1.     **Reservations and Limitations**:  Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the chapter 7 case including, but not limited to, any issues involving objections to claims,

defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code, and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws.

2. **Schedule A/B Question 8 (Prepayments)**:  In advance of the Petition Date, the Debtor prefunded certain services needed to preserve its books and records and otherwise comply with its obligations under the Bankruptcy Code (*i.e.*, storage unit, IT systems, etc.).  As the Debtor understands, certain of these prepayments are not refundable.

3. **Schedule G (Executory Contracts)**:  The Debtor has endeavored to only include unexpired leases and contracts that are executory, but Schedule G may include non-executory contracts.  Schedule G does not include any subscription agreements or other agreements that relate solely to equity investments in the Debtor because the Debtor believes such agreements are not executory.

4. **Statement Questions 3 (90 Day Payments)**:

 a. Question 3 discloses payments to individuals who, at some point, were "insiders" (as that term is defined in Section 101(31) of the Bankruptcy Code) of the Debtor but such payment was made when the individual was not an insider.

 b. Question 3 discloses certain transfers to the Debtor's former payroll servicer Trinet on account of payroll obligations to certain employees (including insiders), rather than the respective payments to the employees because the Debtor recently terminated the Trinet service and lost the ability to access account information.  The Debtor has requested the precise amounts paid to the employees from Trinet, but has not received that information from Trinet as of the filing of the Schedules and Statement.

5. **Statement Questions 4 & 30 (Insider Transfers)**:  In connection with responding to Statement Questions 4 and 30, the Debtor discloses transfers to individuals or entities that are/were "C Suite"-level officers or directors (including consultancy/professional fees paid to such individuals) as well as dividends to certain preferred shareholders.  Other individuals who were employed by the Debtor as "Vice Presidents" or as similar non-"C Suite" executives were merely employees and the Debtor does not believe such individuals were "insiders" (as that term is defined in Section 101(31) of the Bankruptcy Code).  The Debtor notes that employees Harry Charnley and Scott Chilson were appointed as Directors of the Debtor as of June 12, 2024, but did not receive any transfers in connection with or subsequent to such appointments.

6. **Statement Question 26(d)**:  No audited or formal financial statements were ever distributed.  However, proformas and projections were distributed from time to time.

**Fill in this information to identify the case:**

Debtor name  **MUNICIPAL FINANCE & SERVICES CORP**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Interest Income from Investment Account** | **$8,153.59** |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **SEE ATTACHED EXHIBIT SOFA Q3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                                   Case number *(if known)* _____

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **SEE ATTACHED EXHIBIT SOFA Q4/Q30** | | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Discover Growth Fund II, LLC Attn: John C. Kirkland 5330 Yacht Haven Grande, Suite 206 St Thomas, VI 00802** | **Purported UCC Public Sale of "all assets" -- Disputed as fraudulent and ineffective by Debtor** | **May 31, 2024** | **Unknown** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**          Case number *(if known)* _____

---

| **Part 5:** | **Certain Losses** |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.  **Benesch Friedlander Coplan & Aronoff LLP**<br>**127 Public Square**<br>**Suite 4900**<br>**Cleveland, OH 44114** | **Advance Payment Retainer** | **05/30/2024** | **$75,000.00** |
| Email or website address<br>**www.beneschlaw.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2.  **Benesch Friedlander Coplan & Aronoff LLP**<br>**127 Public Square**<br>**Suite 4900**<br>**Cleveland, OH 44114** | **Advance Payment Retainer** | **06/14/2024** | **$50,000.00** |
| Email or website address<br>**www.beneschlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **42 Brant Avenue**<br>**Clark, NJ 07066-1513** | **07/25/2018 -- ?** |
| 14.2. **581 Main Street**<br>**Woodbridge, NJ 07095** | |
| 14.3. **33 S. Wood Avenue**<br>**Suite 440**<br>**Iselin, NJ 07095** | |
| 14.4. **1401 H St. SW**<br>**Suite 875**<br>**Washington, DC 20005** | |
| 14.5. **33 S. Wood Avenue**<br>**Suite 730**<br>**Iselin, NJ 07095** | **05/27/2022 - present** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(if known)* _____

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **LPL Financial c/o Craig Zaleck 9 W 8th Street Bayonne, NJ 07002** | **XXXX-3634** | ☐ Checking ☐ Savings ☐ Money Market ■ Brokerage ☐ Other___ | **All cash recently moved to Bank of America Accounts. LPL account may not be fully closed.** | **$0.00** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Cubesmart NJ 307 E. Hanover Avenue Morristown, NJ 07960** | **Harry Charnley 285 Glen Ave Short Hills, NJ 07078**<br><br>**Scott Chilson 1 Sudberry Drive Morristown, NJ 07960** | **IT equipment, conference room equipment, marketing materials, files and records, office supplies, misc office equipment** | ☐ No ■ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **MUNICIPAL FINANCE & SERVICES CORP** | Case number *(if known)* | |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **SPE 001 LLC** | **Unused special purpose entity for accelerated municipal payments opportunity** | **EIN:**<br><br>**From-To** |
| 25.2. **SPE 002 LLC** | **Unused special purpose entity for accelerated municipal payments opportunity** | **EIN:**<br><br>**From-To** |
| 25.3. **SPE 003 LLC** | **Unused special purpose entity for accelerated municipal payments opportunity** | **EIN:**<br><br>**From-To** |
| 25.4. **SPE 004 LLC** | **Unused special purpose entity for accelerated municipal payments opportunity** | **EIN:**<br><br>**From-To** |
| 25.5. **SPE 005 LLC** | **Unused special purpose entity for accelerated municipal payments opportunity** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Robert Miragliotta** **84 Brookside Terrace** **Clark, NJ 07066-2862** | **07/25/2018 - 12/31/2023** |
| 26a.2. **Harry Charnley** **285 Glen Avenue** **Short Hills, NJ 07078** | **01/01/2024 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Harry Charnley** **285 Glen Avenue** **Short Hills, NJ 07078** | **Took over books on 01/01/2024; unaware of any unavailable records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Hospes | 219 Intervale Road Boonton, NJ 07005 | CIO, COO, & Director | Less than 3% of common stock |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig Bartlett | 181 Washington Valley Road Morristown, NJ 07960 | Director | Less than 4% of common stock |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jemal Beale | c/o Apex Solutions Group 570 Broad Street, 15 Floor Newark, NJ 07102 | Director | Less than 1% of common stock |

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James McCarthy** | **23 Tanglewood Lane Basking Ridge, NJ 07920** | **GC, Secretary, & Director** | **Less than 2% of common stock** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harry Charnley** | **285 Glen Avenue Short Hills, NJ 07078** | **Director** | **Less than 1% of common stock** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Chilson** | **1 Sudberry Drive Morristown, NJ 07960** | **Director** | **Less than 1% of common stock** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Lacarya Scott** | **c/o Tungsten Advisors 767 THIRD AVE, 29TH FLOOR New York, NY 10017** | **Preferred A Representative on Board and interim CEO** | **Preferred A Representative on Board from April 2023 - April/May 2024; CEO from August 2023 - April/May 2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Theodore Ellenis** | **107 George Russell Way Clifton, NJ 07013** | **CEO, CMO and Chairman of Board** | **CEO from July 2018 - August 2023; CMO from August 2023 - December 2023; Chairman from July 2018 - December 2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert Miragliotta** | **84 Brookside Terrace Clark, NJ 07066** | **CFO, Director, Secretary and Treasurer** | **CFO, Treasurer and Board Member from July 2018 - December 2023, Secretary from November 2019 - February 2021** |

Debtor   **MUNICIPAL FINANCE & SERVICES CORP**          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bray Barnes | 1924 Kenilworth Ct<br>Toms River, NJ 08753 | COO and Vice Chair of Board | Chief Development Officer from July 2018 - May 2023; COO from October 2020 - May 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Peter McGuire | 526 Carlton Road<br>Wyckoff, NJ 07481 | Director | August 2019 - April 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Timothy Ramdeen | Dharma Capital Advisors, LLC<br>c/o UNITED STATES CORPORATION AGENTS<br>7014 13TH AVENUE , SUITE 202<br>Brooklyn, NY 11228 | Preferred A Representative on the Board | October 2021 - April 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stephen Bohmert | c/o BCB Bank 4th Street Branch<br>104-110 Avenue C<br>Bayonne, NJ 07002 | Director, Secretary and COO | Board Member from July 2018 - March 2022; COO from July 2018 -October 2020 ; Secretary from July 2018 - November 2019 |

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE ATTACHED EXHIBIT SOFA Q4/Q30** | | | |
| | **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **MUNICIPAL FINANCE & SERVICES CORP**                                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ **No**
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**

**/s/ Scott Hospes**                                  **Scott Hospes**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Operating officer and Chief Information Officer**

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ **No**
☐ **Yes**

## EXHIBIT SOFA Q3

**This Exhibit provides responsive information to the SOFA Question 3 (90-Day Transfers)**

**(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)**

| Creditor Name and Address | Dates | Amount of Value | Reason for providing value | |
|---|---|---|---|---|
| ADP, One ADP Blvd., Roseland, NJ 07068 | 2024-03-29 | $95.50 | Historical Payroll Service charges | |
| ADP, One ADP Blvd., Roseland, NJ 07068 | 2024-04-26 | $95.50 | Historical Payroll Service charges | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-04-15 | $919.51 | 03/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-04-15 | $199.94 | 03/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-04-15 | $199.94 | 03/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-05-15 | $200.16 | 04/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-05-15 | $960.71 | 04/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-05-15 | $200.16 | 04/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-06-17 | $200.33 | 05/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-06-17 | $200.33 | 05/24 ACCT ANALYSIS FEE | |
| Bank of America, Attn: David Metzler, 194 Wood Avenue S, Iselin, NJ 08830 | 2024-06-17 | $994.25 | 05/24 ACCT ANALYSIS FEE | |
| BENESCH, 127 Public Square, Suite 4900, Cleveland, OH 44114 | 2024-04-23 | $25,000.00 | Security Retainer for Legal Fees (not on account of antecedent debt) | |
| BENESCH, 127 Public Square, Suite 4900, Cleveland, OH 44114 | 2024-05-30 | $75,000.00 | Advance Payment Retainer for Bankruptcy Legal Services (not on account of antecedent debt) | |
| BENESCH, 127 Public Square, Suite 4900, Cleveland, OH 44114 | 2024-05-30 | $5,869.50 | Legal Fees (Inv #1035622) | |
| BENESCH, 127 Public Square, Suite 4900, Cleveland, OH 44114 | 2024-05-30 | $27,508.63 | Legal Fees (Inv #1037026) | |
| BENESCH, 127 Public Square, Suite 4900, Cleveland, OH 44114 | 2024-06-14 | $50,000.00 | Advance Payment Retainer for Bankruptcy Legal Services (not on account of antecedent debt) | |
| Bray Barnes, 1924 Kenilworth Ct, Toms River, NJ 08753 | 2024-03-22 | $283.35 | Expense reimbursement | |
| Bray Barnes, 1924 Kenilworth Ct, Toms River, NJ 08753 | 2024-05-17 | $644.78 | Expense reimbursement | |
| Cablevision Lightpath, PO Box 788632, Philadelphia, PA 19178-8632 | 2024-03-26 | $885.00 | Internet services for the office | |
| Cablevision Lightpath, PO Box 788632, Philadelphia, PA 19178-8632 | 2024-04-26 | $890.33 | Internet services for the office | |
| Cablevision Lightpath, PO Box 788632, Philadelphia, PA 19178-8632 | 2024-05-28 | $885.00 | Internet services for the office | |
| CSAC Finance Corp., 1100 K Street. Ste. 101, Sacramento, CA 95814 | 2024-04-10 | $25,000.00 | Q4 2023 Invoice per contract | |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 | 2024-06-06 | $12,103.57 | Microsoft Office, Azure and IT support ($10,296 is prepayment through 12/30/2024) | |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 | 2024-05-27 | $1,994.30 | Microsoft Office, Azure and IT support | |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 | 2024-04-24 | $1,621.00 | Microsoft Office, Azure and IT support | |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 | 2024-03-26 | $2,003.29 | Microsoft Office, Azure and IT support | |
| FOX ROTHSCHILD LLP 420 MONTGOMERY ST. SAN FRANSISCO 94104 US | 2024-03-28 | $4,806.47 | Legal Fees | |
| HARRY CHARNLEY 285 GLEN AVE SHORT HILLS 07078 US | 2024-06-05 | $18,000.00 | Pre-Funded Retention Agreement | |
| HILB GROUP, 101 Eisenhower Parkway, Roseland, NJ 07068 | 2024-06-17 | $79,349.78 | Insurance payment (D&O Tail) | |
| METRO PARK ASSOCIATES LLC 820 MORRIS TURNPIKE SHORT HILLS 07078 US | 2024-04-11 | $18,000.00 | Lease/Rent | |
| METRO PARK ASSOCIATES LLC 820 MORRIS TURNPIKE SHORT HILLS 07078 US | 2024-04-30 | $23,930.37 | Lease/Rent | |
| NETSUITE INC. DEPOSITORY IMAGE LOCKBOX ACCOUNT 1001 SUNSET BLVD ROCKLIN CA 95765-3702 | 2024-06-05 | $12,438.92 | ERP system Licensing fees (Q3 Prepayment) | |
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-03-27 | $8,367.92 | Corporate Credit Card Payment | |

## EXHIBIT SOFA Q3

**This Exhibit provides responsive information to the SOFA Question 3 (90-Day Transfers)**

**(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)**

| Creditor Name and Address | Dates | Amount of Value | Reason for providing value | |
|---|---|---|---|---|
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-04-29 | $8,214.49 | Corporate Credit Card Payment | |
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-05-29 | $2,209.88 | Corporate Credit Card Payment | |
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-06-07 | $3,740.42 | Corporate Credit Card Payment | |
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-06-20 | $153.00 | Corporate Credit Card Payment | |
| Ramp, 28 W 23rd Street, New York, NY 10010 | 2024-06-20 | $122.16 | Corporate Credit Card Payment | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-03-25 | $26,956.03 | Payroll Funding (Jim McCarthy, Harry Charnley, Jason Bodnick, Scott Chilson, Ron Bird) | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-04-08 | $26,893.16 | Payroll Funding (Jim McCarthy, Harry Charnley, Jason Bodnick, Scott Chilson, Ron Bird) | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-04-24 | $26,693.16 | Payroll Funding (Jim McCarthy, Harry Charnley, Jason Bodnick, Scott Chilson, Ron Bird) | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-05-06 | $23,580.99 | Payroll Funding (Jim McCarthy, Harry Charnley, Jason Bodnick, Scott Chilson) | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-05-23 | $23,527.49 | Payroll Funding (Jim McCarthy, Harry Charnley, Jason Bodnick, Scott Chilson) | |
| TRINET HR XI INC. 420 MONTGOMERY ST. SAN FRANCISCO 94163 US | 2024-06-11 | $8,616.83 | Payroll Funding (Harry Charnley) | |
| Tsamutalis & Company, LLC, 110 Pleasant Avenue, Upper Saddle River, NJ 07458 | 2024-04-16 | $500.00 | Tax Preparation fees | |
| Village Insurance Agency, Inc., Attn: Aldo Tripicchio, 95 Westfield Avenue, Clark, NJ 07066 | 2024-04-02 | $2,438.10 | Insurance payment | |

## EXHIBIT SOFA Q4/Q30

**This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)**

**(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)**

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | | Dates | | Reason for providing value |
|---|---|---|---|---|---|
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($12,103.57) | | 6/6/2024 | | Microsoft Office, Azure and IT support ($10,296 is prepayment through 12/30/2024) |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,994.30) | | 5/27/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,621.00) | | 4/24/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($2,003.29) | | 3/26/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($354.87) | | 3/4/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 2/29/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 1/29/2024 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 12/27/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($3,347.00) | | 6/28/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 9/7/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 10/27/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 8/4/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,755.03) | | 11/29/2023 | | Microsoft Office, Azure and IT support |
| ELANGENI CONSULTING INC. 219 INTERVALE RD BOONTON NJ 07005-9759 [Scott Hospes' company] | ($1,681.00) | | 9/29/2023 | | Microsoft Office, Azure and IT support |
| James McCarthy | ($4.09) | | 6/10/2023 | | 620020 - Travel and Entertainment : TRAVEL & ENTERTAINMENT |
| James McCarthy | ($19.80) | | 7/10/2023 | | 620040 - Travel and Entertainment : LODGING |
| James McCarthy | ($44.70) | | 7/9/2023 | | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| James McCarthy | ($170.31) | | 7/9/2023 | | 620050 - Travel and Entertainment : MEALS |
| James McCarthy | ($357.58) | | 7/10/2023 | | 620050 - Travel and Entertainment : MEALS |
| James McCarthy | ($2,391.32) | | 7/20/2023 | | VE23 McCARTHY & SORIERO (LEGAL EXPENSES) |
| James McCarthy | ($2,391.32) | | 8/3/2023 | | VE23 McCARTHY & SORIERO (LEGAL EXPENSES) |
| James McCarthy | ($2,391.32) | | 9/7/2023 | | VE23 McCARTHY & SORIERO (LEGAL EXPENSES) |
| James McCarthy | ($2,391.32) | | 10/3/2023 | | VE23 McCARTHY & SORIERO (LEGAL EXPENSES) |
| James McCarthy | ($2,391.32) | | 11/7/2023 | | VE23 McCARTHY & SORIERO (LEGAL EXPENSES) |
| James McCarthy | ($3,750.00) | | 6/30/2023 | | Payroll |

## EXHIBIT SOFA Q4/Q30

This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)

(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing value |
|---|---|---|---|
| James McCarthy | ($3,750.00) | 7/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 7/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 8/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 8/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 9/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 9/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 10/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 10/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 11/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 11/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 12/15/2023 | Payroll |
| James McCarthy | ($3,750.00) | 12/30/2023 | Payroll |
| James McCarthy | ($3,750.00) | 1/15/2024 | Payroll |
| James McCarthy | ($3,750.00) | 1/30/2024 | Payroll |
| James McCarthy | ($3,750.00) | 2/15/2024 | Payroll |
| James McCarthy | ($3,750.00) | 2/27/2024 | Payroll |
| James McCarthy | ($3,750.00) | 3/15/2024 | Payroll |
| James McCarthy | ($3,750.00) | 3/30/2024 | Payroll |
| James McCarthy | ($3,750.00) | 4/15/2024 | Payroll |
| James McCarthy | ($3,750.00) | 4/30/2024 | Payroll |
| James McCarthy | ($3,750.00) | 5/15/2024 | Payroll |
| James McCarthy | ($3,750.00) | 5/30/2024 | Payroll |
| James McCarthy | ($750.00) | 6/30/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 7/15/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 7/30/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 8/15/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 8/30/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 9/15/2023 | Transportation Allowance |
| James McCarthy | ($750.00) | 9/30/2023 | Transportation Allowance |
| James McCarthy | ($500.00) | 10/15/2023 | Transportation Allowance |
| James McCarthy | ($500.00) | 10/30/2023 | Transportation Allowance |
| James McCarthy | ($500.00) | 11/15/2023 | Transportation Allowance |
| James McCarthy | ($500.00) | 11/30/2023 | Transportation Allowance |
| James McCarthy | ($500.00) | 12/15/2023 | Transportation Allowance |
| Lacarya Scott | ($1,755.15) | 8/8/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Lacarya Scott | ($15,000.00) | 11/6/2023 | 630090 - Professional Fees : Other Consultancy Fees |
| Lacarya Scott | ($20,000.00) | 8/21/2023 | 630090 - Professional Fees : Other Consultancy Fees |
| Lacarya Scott | ($15,000.00) | 10/10/2023 | 630090 - Professional Fees : Other Consultancy Fees |
| Lacarya Scott/Tungsten Advisors | ($15,000.00) | 12/5/2023 | 630090 - Professional Fees : Other Consultancy Fees -- Inv #2136 |
| Robert Mirigliotta | ($5,000.00) | 6/13/2023 | 690040 - Other Expenses : Subscriptions, Dues and Association Fees |
| Robert Mirigliotta | ($848.00) | 10/23/2023 | 620050 - Travel and Entertainment : MEALS |
| Robert Mirigliotta | ($10,000.00) | 6/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 7/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 7/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 8/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 8/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 9/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 9/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 10/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 10/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 11/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 11/30/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 12/15/2023 | Payroll |
| Robert Mirigliotta | ($10,000.00) | 12/30/2023 | Payroll |
| Robert Mirigliotta | ($750.00) | 6/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($750.00) | 7/15/2023 | Transportation Allowance |
| Robert Mirigliotta | ($750.00) | 7/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($750.00) | 8/15/2023 | Transportation Allowance |
| Robert Mirigliotta | ($750.00) | 8/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($750.00) | 9/15/2023 | Transportation Allowance |

**EXHIBIT SOFA Q4/Q30**

This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)

(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing value |
|---|---|---|---|
| Robert Mirigliotta | ($750.00) | 9/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($500.00) | 10/15/2023 | Transportation Allowance |
| Robert Mirigliotta | ($500.00) | 10/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($500.00) | 11/15/2023 | Transportation Allowance |
| Robert Mirigliotta | ($500.00) | 11/30/2023 | Transportation Allowance |
| Robert Mirigliotta | ($500.00) | 12/15/2023 | Transportation Allowance |
| Scott Hospes | ($5,916.00) | 6/30/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 7/15/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 7/30/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 8/15/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 8/30/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 9/15/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 9/30/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 10/15/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 10/30/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 11/15/2023 | Payroll |
| Scott Hospes | ($5,916.00) | 11/30/2023 | Payroll |
| Scott Hospes | ($750.00) | 6/30/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 7/15/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 7/30/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 8/15/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 8/30/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 9/15/2023 | Transportation Allowance |
| Scott Hospes | ($750.00) | 9/30/2023 | Transportation Allowance |
| Scott Hospes | ($500.00) | 10/15/2023 | Transportation Allowance |
| Scott Hospes | ($500.00) | 10/30/2023 | Transportation Allowance |
| Scott Hospes | ($500.00) | 11/15/2023 | Transportation Allowance |
| Scott Hospes | ($500.00) | 11/30/2023 | Transportation Allowance |
| SHARAT MAVINKER, 933 Pine Burst Drive, Allen, TX 75013 | ($2,500.00) | 8/22/2023 | 302000 - Preferred Dividends Paid |
| Sixth Borough Capital Fund, LP 1515 N. Federal Highway Boca Raton, FL 33432 | ($31,250.00) | 8/17/2023 | 302000 - Preferred Dividends Paid (Q2 2023) |
| Sixth Borough Capital Fund, LP 1515 N. Federal Highway Boca Raton, FL 33432 | ($31,250.00) | 1/10/2024 | 302000 - Preferred Dividends Paid (Q3 2023) |
| Sixth Borough Capital Fund, LP 1515 N. Federal Highway Boca Raton, FL 33432 | ($31,250.00) | 1/17/2024 | 302000 - Preferred Dividends Paid (Q4 2023) |
| Ted Ellenis | ($140.00) | 6/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($130.00) | 6/16/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($6,300.00) | 11/2/2023 | 630090 - Professional Fees : Other Consultancy Fees |
| Ted Ellenis | ($6,300.00) | 9/5/2023 | 630090 - Professional Fees : Other Consultancy Fees |
| Ted Ellenis | ($1,681.00) | 9/7/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($1,681.00) | 10/27/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($1,681.00) | 9/29/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($130.00) | 6/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($105.00) | 6/23/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1,000.00) | 8/21/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($10,000.00) | 6/20/2023 | SCHMERGEL & MERSBERGER THRU T. ELLENIS |
| Ted Ellenis | ($6.46) | 6/29/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($250.00) | 10/26/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($1,200.00) | 6/13/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($250.00) | 8/10/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($303.00) | 6/26/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($720.00) | 6/16/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($420.00) | 6/20/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($1,000.00) | 6/22/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($327.40) | 6/20/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |

## EXHIBIT SOFA Q4/Q30

This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)

(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing value |
|---|---|---|---|
| Ted Ellenis | ($79.00) | 7/12/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($647.75) | 6/21/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($22.95) | 7/10/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($12.00) | 6/23/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($9.00) | 6/22/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 6/22/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($30.44) | 6/22/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($13.20) | 6/23/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($15.98) | 7/1/2023 | 660030 - Supplies and Services : OFFICE EXPENSES |
| Ted Ellenis | ($1.00) | 7/5/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.46) | 7/6/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($9.00) | 7/20/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 7/22/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($414.00) | 7/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($393.00) | 7/26/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($7.00) | 7/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($28.81) | 7/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 7/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($20.45) | 7/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 8/1/2023 | 660030 - Supplies and Services : OFFICE EXPENSES |
| Ted Ellenis | ($20.85) | 8/2/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($57.64) | 8/2/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($4.25) | 8/2/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($11.82) | 8/3/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($59.13) | 8/3/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($19.00) | 8/3/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($24.34) | 8/3/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($29.74) | 8/3/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($107.15) | 8/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($111.95) | 8/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($16.79) | 8/17/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 8/22/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($20.00) | 8/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.00) | 8/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($13.79) | 8/29/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($257.60) | 8/29/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($58.12) | 8/29/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($24.43) | 8/30/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($130.24) | 8/30/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($135.29) | 8/30/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($61.00) | 8/30/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($66.11) | 8/31/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($50.96) | 8/31/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($31.00) | 8/31/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($10.82) | 8/31/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($434.11) | 8/31/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($72.35) | 8/31/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($27.48) | 8/31/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($392.90) | 8/31/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($43.17) | 8/31/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($15.98) | 9/1/2023 | 660030 - Supplies and Services : OFFICE EXPENSES |
| Ted Ellenis | ($12.44) | 9/12/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($33.37) | 9/12/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1,772.70) | 9/12/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($57.34) | 9/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($27.30) | 9/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($22.60) | 9/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($53.07) | 9/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($548.84) | 9/13/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($25.43) | 9/13/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |

**EXHIBIT SOFA Q4/Q30**

This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)

(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing value |
|---|---|---|---|
| Ted Ellenis | ($106.53) | 9/13/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($569.50) | 9/14/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($35.64) | 9/14/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($65.42) | 9/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($198.19) | 9/14/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($220.42) | 9/14/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($31.00) | 9/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($26.48) | 9/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($21.31) | 9/22/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($15.98) | 10/1/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($2.00) | 10/4/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1.25) | 10/5/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($26.65) | 10/9/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($23.17) | 10/9/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1,231.90) | 10/9/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($13.98) | 10/9/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($21.80) | 10/9/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($52.52) | 10/9/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($25.89) | 10/10/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($52.36) | 10/10/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($48.01) | 10/10/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($36.75) | 10/10/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($24.00) | 10/11/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($31.57) | 10/11/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($49.68) | 10/12/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($6.31) | 10/12/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($21.31) | 10/22/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($41.71) | 10/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($14.06) | 10/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($17.35) | 10/26/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($15.98) | 11/1/2023 | 650050 - Information Technology : Software Expense |
| Ted Ellenis | ($20.98) | 11/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($10.52) | 11/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($20.92) | 11/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($36.21) | 11/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($54.70) | 11/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($22.48) | 11/7/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($14.18) | 11/7/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($61.14) | 11/7/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($52.54) | 11/7/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($24.06) | 11/8/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($53.03) | 11/8/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($210.87) | 10/10/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($25.90) | 6/10/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($25.90) | 6/11/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($280.58) | 6/11/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($52.35) | 6/11/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($57.42) | 6/13/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($231.93) | 8/13/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($298.60) | 8/18/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($209.90) | 7/28/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | $63.00 | 10/12/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($773.49) | 11/8/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($383.40) | 11/7/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($165.80) | 11/9/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($59.42) | 8/30/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($2,435.72) | 8/29/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($1,608.36) | 10/10/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($158.16) | 8/3/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($528.54) | 8/3/2023 | 620040 - Travel and Entertainment : LODGING |

| EXHIBIT SOFA Q4/Q30 | | | |
|---|---|---|---|
| This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers) | | | |
| (Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29) | | | |
| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing value |
| Ted Ellenis | ($713.10) | 7/21/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($193.15) | 10/9/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($23.16) | 10/10/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($145.69) | 9/28/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($143.78) | 8/23/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($493.95) | 8/16/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($72.83) | 10/11/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($5.76) | 7/22/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($393.00) | 9/8/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($498.00) | 10/6/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($363.00) | 10/23/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1,081.97) | 8/16/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($216.19) | 10/5/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($675.08) | 9/12/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($504.00) | 11/2/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($515.08) | 8/30/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($183.54) | 7/25/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($1,593.36) | 10/24/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($29.19) | 10/25/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($28.23) | 10/25/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($24.49) | 10/25/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($113.99) | 10/25/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($63.06) | 10/25/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($54.21) | 10/26/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($489.48) | 10/26/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($31.00) | 10/26/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($31.00) | 11/8/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($63.84) | 6/29/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($25.90) | 7/1/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($498.00) | 6/19/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($10.06) | 6/10/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($239.39) | 6/13/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($367.03) | 6/14/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($531.76) | 6/15/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($340.69) | 6/16/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($668.89) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($50.00) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($25.90) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($9.50) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($50.00) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($142.89) | 6/17/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($265.78) | 6/18/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($491.89) | 6/18/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($41.44) | 6/18/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($25.90) | 6/18/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($63.72) | 6/20/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($265.38) | 6/21/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($32.45) | 6/21/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($216.20) | 6/22/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($518.35) | 6/22/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($530.14) | 6/23/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($324.18) | 6/15/2023 | 620040 - Travel and Entertainment : LODGING |
| Ted Ellenis | ($5,513.70) | 6/12/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($91.91) | 6/25/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($801.68) | 6/21/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($60.75) | 7/2/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($259.53) | 8/22/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | $414.00 | 7/28/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($1,754.85) | 8/3/2023 | 620050 - Travel and Entertainment : MEALS |
| Ted Ellenis | ($1,249.66) | 11/6/2023 | 620040 - Travel and Entertainment : LODGING |

## EXHIBIT SOFA Q4/Q30

This Exhibit provides responsive information to the SOFA Questions 4 and 30 (Insider Transfers)

(Addresses Not Listed Here Can Be Found at SOFA Questions 28 and 29)

| Name and address of recipient and relationship to debtor | Amount of money or description and value of property | | Dates | Reason for providing value |
|---|---|---|---|---|
| Ted Ellenis | ($414.00) | | 7/24/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($210.00) | | 8/16/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($75.31) | | 9/12/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($419.00) | | 7/31/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($377.00) | | 8/14/2023 | 620010 - Travel and Entertainment : TRAVEL EXPENSES |
| Ted Ellenis | ($282.45) | | 7/3/2023 | 650010 - Information Technology : Communication Expense |
| Ted Ellenis | ($1,668.50) | | 12/15/2023 | - Split - |
| Ted Ellenis | ($465.20) | | 8/3/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($1,130.67) | | 8/24/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($792.92) | | 8/29/2023 | 125001 - EMPLOYEE ADVANCES : EMPLOYEE ADVANCES - T. ELL... |
| Ted Ellenis | ($10,000.00) | | 6/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 7/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 7/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 8/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 8/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 9/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 9/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 10/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 10/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 11/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 11/30/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 12/15/2023 | Payroll |
| Ted Ellenis | ($10,000.00) | | 12/30/2023 | Payroll |
| Ted Ellenis | ($750.00) | | 6/30/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 7/15/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 7/30/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 8/15/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 8/30/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 9/15/2023 | Transportation Allowance |
| Ted Ellenis | ($750.00) | | 9/30/2023 | Transportation Allowance |
| Ted Ellenis | ($500.00) | | 10/15/2023 | Transportation Allowance |
| Ted Ellenis | ($500.00) | | 10/30/2023 | Transportation Allowance |
| Ted Ellenis | ($500.00) | | 11/15/2023 | Transportation Allowance |
| Ted Ellenis | ($500.00) | | 11/30/2023 | Transportation Allowance |
| Ted Ellenis | ($500.00) | | 12/15/2023 | Transportation Allowance |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
           snylen@beneschlaw.com

*Attorneys for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 7 |
| MUNICIPAL FINANCE & SERVICES CORP, | Case No. 24-_____  (    ) |
| Debtor. | |

## VERIFICATION OF CREDITOR MATRIX

I, the undersigned authorized signatory of the corporation named as the debtor in this case,

hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

*/s/ Scott Hospes*
Scott Hospes
Chief Operating Officer & Chief Information Officer

```
8X8, Inc.
Attn: Legal
675 Creekside Way
Campbell, CA 95008


Apex Solutions Group
570 Broad Street
15th Floor
SSW Law Firm
Newark, NJ 07102


Bray Barnes
1924 Kenilworth Ct
Toms River, NJ 08753


Cablevision Lightpath LLC
P.O. Box 788632
Philadelphia, PA 19178-8632


Cablevision Lightpath, LLC
Attn: Legal
1111 Stewart Avenue
Bethpage, NY 11714


Calif. State Assoc. of Counties Finance
1100 K Street. Ste. 101
ATTN: Alan Fernandes
Sacramento, CA 95814


Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004


Dale E. Barney
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310


Dinse P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402
```

Discover Growth Fund II, LLC
Attn: John C. Kirkland
5330 Yacht Haven Grande, Suite 206
St Thomas, VI 00802


Elangeni Smart IT
7 Birch Lane
Mine Hill, NJ 07803


Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960


Global Security & Innovative Strategies
1401 H. Street, NW
Suite 875
Washington, DC 20005


Great American Insurance Group
Attn: Susan M. Farrell, Sr. VP - Claims
1450 American Lane, 8th Floor
Schaumburg, IL 60173


Harry Charnley
285 Glen Avenue
Short Hills, NJ 07078


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Marcum LLP
250 Pehle Ave, Suite 601
Saddle Brook, NJ 07663


Matt Vinci
11642 103rd Ave SW
Vashon, WA 98070


Metro Park Associates LLC
P.O. Box 765
Short Hills, NJ 07078-0765

Metro Park Associates, LLC
820 Morris Turnpike, Suite 301
Short Hills, NJ 07078


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0245


Nexus Specialty, Inc. on behalf of PSIC
Attn: Margo Strauss, Esq, Claims Counsel
2120 Headquarters Plaza
2nd Floor, East Tower
Morristown, NJ 07960


NJ Department of the Treasury
PO Box 002
Trenton, NJ 08625-0002


NJ Division of Revenue & Enterprise Srvs
P.O. Box 450
Trenton, NJ 08646-0303


Ramp Business Corporation
28 W 23rd Street
New York, NY 10010


Registered Agent Solutions, Inc.
P.O. Box 7410517
Dept. 5021
Chicago, IL 60674-0517


Registered Agent Solutions, Inc.
Attn: Legal
5301 SOUTHWEST PARKWAY SUITE 400
Austin, TX 78735


Regus
33 Wood Avenue South, Suite 600
Iselin, NJ 08830


Theodore Ellenis
107 George Russell Way
Clifton, NJ 07013

TriNet Group, Inc.
Attn: Legal
One Park Place, Suite 600
Dublin, CA 94568


Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882


Xerox Financial Services
Attn: Mark Amiel Baloncio, Collections
201 Merritt 7
Norwalk, CT 06851-1056


ZenBusiness, Inc.
5511 Parkcrest Drive, Suite 103
Austin, TX 78731

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
         snylen@beneschlaw.com

*Attorneys for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| MUNICIPAL FINANCE & SERVICES CORP, | Case No. 24-_____ (    ) |
| Debtor. | |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized signatory certifies that the following is a list of corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Equityholder | Percentage of Equity Held |
|---|---|
| Discover Growth Fund II, LLC | 62.46% of Series A Preferred Stock |
| Sixth Borough Capital Fund, LP | 15.61% of Series A Preferred Stock |
| Rising River Capital / RR Cap Consulting LLC | 10.93% of Series A Preferred Stock |

*/s/ Scott Hospes*
Scott Hospes
Chief Operating Officer & Chief Information Officer

23577939 v1

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Daniel N. Brogan (NJ I.D. #042592012)
Sven T. Nylen (*pro hac vice* admission forthcoming)
1313 North Market Street, Ste. 1201
Wilmington, DE  19801
(302) 442-7010
E-Mail:  dbrogan@beneschlaw.com
           snylen@beneschlaw.com

*Attorneys for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MUNICIPAL FINANCE & SERVICES CORP,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 24-_____  (     ) |

## DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR

1.      I, Sven T. Nylen, am a partner of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch").  I submit this statement pursuant to 11 U.S.C. § 329 and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure.

2.      In late April 2024, Municipal Finance & Services Corp (the "Debtor") engaged Benesch to represent the Debtor in connection with disputes with its shareholder and financing agreement counterparty Discover Growth Fund II, LLC (the "DGF Matter").  In connection with the engagement, the Debtor provided Benesch with a security retainer of $25,000 (the "Original Security Retainer").

3.      In May 2024, the Debtor began considering various strategic alternatives in light of its distressed financial position, including potentially winding down through a chapter 7 bankruptcy.  On or about May 30, 2024, Benesch agreed to provide legal services to the Debtor in connection with their distressed financial situation, including the potential preparation and filing of a chapter 7 bankruptcy petition (the "Bankruptcy Engagement").

4.      As a requirement of the Bankruptcy Engagement: (i) the Debtor would have to pay Benesch's outstanding invoices for the DGF Matter[1] and (ii) the Debtor would provide Benesch with an initial $75,000 special purpose retainer (also known as an advance payment retainer)[2] prior to Benesch starting any work on the Bankruptcy Engagement.

5.      On May 30, 2024, Benesch received the initial $75,000 special purpose retainer from the Debtor via wire transfer.[3]  On June 14, 2024, Benesch received an additional $50,000 special purpose retainer from the Debtor via wire transfer.

6.      From May 30 through June 20, 2024, Benesch professionals working on the Bankruptcy Engagement billed time at their standard hourly rates.

7.      On June 20, 2024, Benesch agreed to accept the remaining amount of the special purpose retainer (approximately $48,245.78 as of close of business on June 20, 2024) in exchange for: (i) any further analysis of the Debtor's financial situation and rendering related advice to the Debtor; (ii) any remaining work on the preparation and filing of the petition, schedules, statement of financial affairs, and any other related services required in connection with the Debtor's chapter 7 filing (and related filing fees); and (iii) representation of the Debtor at the meeting of creditors and related preparation.

### *Disclosures Under 11 U.S.C. § 329 and Fed. R. Bankr. Proc. 2016(b)*

8.      Subject to the foregoing background, pursuant to 11 U.S.C. § 329 and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that Benesch is counsel to the Debtor, and

---

[1]      On May 30, 2024, Benesch received two wires for payment of outstanding invoices on the DGF Matter (after application of the Original Security Retainer of $25,000):  (i) $5,869.50 on Invoice No. 1035622 and (ii) $27,508.63 on Invoice No. 1037026.

[2]      *See* Rule 1.5(d)(5) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007)).

[3]      This wire was in addition to the two other wires received on May 30, 2024 for the outstanding invoices on the DGF Matter discussed in footnote 1 *supra*.

that total compensation paid to Benesch within one year before the filing of the petition in bankruptcy, or agreed to be paid to Benesch, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case[4] is as follows:

For legal services, Benesch has agreed to accept …………………………………..**$125,000.00**

Prior to the filing of this statement Benesch has received…………………………..**$125,000.00**

Balance Due…………………………………………………………………………**$0.00**

9.       The source of the compensation paid to Benesch was:

☒ Debtor                    ☐ Other (specify)

10.     No further compensation is to be paid to Benesch.

11.     Benesch has not agreed to share the above-disclosed compensation with any other person unless they are partners or associates of Benesch.

12.     In return for the above-disclosed fee, Benesch has agreed to render legal services for only the following aspects of the Debtor's chapter 7 case:

a.       any further analysis of the Debtor's financial situation and rendering related advice to the Debtor;

b.       any remaining work on the preparation and filing of the petition, schedules, statement of financial affairs, and any other related services required in connection with the Debtor's chapter 7 filings (and related filing fees); and

c.       representation of the Debtor at the meeting of creditors and related preparation.

13.     By agreement with the Debtor, the above-disclosed fee does not include any other services other than those referenced above.

---

[4]      This certification does not address amounts paid to Benesch within the past year on the non-bankruptcy matter (*i.e.*, the DGF Matter), which are addressed above.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for

payment to Benesch for representation of the Debtor in the chapter 7 case.

Date: June 21, 2024                    /s/ Sven T. Nylen
                                       Sven T. Nylen (*pro hac vice* forthcoming)
                                       71 South Wacker Drive, Suite 1600
                                       Chicago, Illinois 60606-4637
                                       Telephone: (312) 212-4949
                                       Email: snylen@beneschlaw.com

                                       *Counsel to Debtor*